# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREANN FITZGERALD, | CASE NO. CV F 12-0071 LJO GSA |
| Plaintiffs, | **JUDGMENT** |
| vs. | (Doc. 12.) |
| THE LAW OFFICE OF CUTIS O. BARNES, | |
| Defendants. / | |

This Court ENTERS judgment consistent with Defendant's Rule 68 Offer of Judgment, which plaintiff accepted September 10, 2012. *See* Doc. 12 and its Exhibit A.

IT IS SO ORDERED.

**Dated:** March 1, 2013          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE