**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Breann Fitzgerald,<br><br>  Plaintiff,<br><br>  v.<br><br>The Law Office of Curtis O. Barnes,<br><br>  Defendant. | 1:12-cv-00071-LJO-GSA<br><br>ORDER RE: ATTORNEY FEES<br><br>(Doc. 13) |

**I.   Introduction**

Plaintiff, Breann Fitzgerald ("Plaintiff") has filed a Notice of Acceptance of Rule 68 Offer of Judgment. (Doc. 12). The Offer of Judgment made by Defendant, The Law Office of Curtis O. Barnes ("Defendant"), permitted judgment to be taken against Defendant "[i]n return for the payment of $1,001.00 to Plaintiff, BREANN FITZGERALD, together with costs accrued

1

to this date and attorneys' fees in an amount to be decided by the Court or as agreed by the parties." (Doc. 12-Exhibit A). Plaintiff subsequently filed a Motion for Attorneys' Fees and Costs Pursuant to Offer of Judgment. (Doc 13). Defendant filed an opposition. (Doc. 16). Plaintiff filed a reply. (Doc. 21). The Court then took the motion under submission.

As represented by both parties in their respective pleadings, no meaningful steps have been taken by any party to independently resolve this issue. The Court, therefore, now requires the parties to meet and confer for the purpose of resolving the amount of *reasonable* attorney fees that Plaintiff is statutorily entitled to as the prevailing party. The Court expects the parties to make a serious and concerted effort to resolve this issue. Accordingly, on or before March 22, 2013, the parties shall file either (1) a stipulation resolving the issue of attorney fees in Plaintiff's pending motion, or (2) a joint status report outlining the *meaningful* meet and confer efforts undertaken and the outcome thereof. The parties are further advised that, in the event disputed issues persist, the Court likely will hold a telephonic conference to facilitate resolution of the issue of attorney fees due in this case.

IT IS SO ORDERED.

Dated:   **March 4, 2013**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2