# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BREANN FITZGERALD, | ) | 1:12-cv-00071 LJO GSA |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES |
| v. | ) | |
| LAW OFFICE OF CURTIS O. BARNES | ) | (Document 26) |
| | ) | |
| Defendant. | ) | |

On January 13, 2012, Plaintiff Breann Fitzgerald ("Plaintiff") filed this action against Defendant The Law Office of Curtis O. Barnes ("Defendant"), for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*., and the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788, *et seq*. On September 10, 2012, Defendant served Plaintiff's counsel with an Offer of Judgment pursuant to Rule 68, F. R. Civ. P., of $1,001.00 on Plaintiff's claims, plus court costs and attorneys' fees as determined by the parties or the court. (Doc. 12-1). Plaintiff accepted Defendant's Offer of Judgment and filed a Notice of Acceptance of Rule 68 Offer of Judgment. (Doc. 12). The parties were unable to reach agreement on the issue of attorneys' fees, and Plaintiff filed the instant Motion for Attorneys' Fees and Costs Pursuant to Offer of Judgment. (Doc. 13).

On April 15, 2013, Magistrate Judge Gary Austin recommended that Plaintiff's motion for attorneys' fees be GRANTED IN PART.  Judge Austin's Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fourteen days (14) days.  To date, no party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the matter.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated April 15, 2013 (Doc. 26), are ADOPTED IN FULL; and
2. Plaintiff is awarded attorneys' fees  in the amount of $4,400.00 and costs in the amount of $410.90, for a total award of $4,810.90.

This action is now concluded in its entirety.

IT IS SO ORDERED.

Dated:   **May 6, 2013**          /s/  **Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE